A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Feb 19, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD

2/19/09

Tom Dempsey

CLERK, UNITED STATES DISTRICT COURT
DISTRICT OF PENNSYLVANIA

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Feb 03, 2009**

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 1871

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-32)

On October 16, 2007, the Panel transferred two civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1339 (J.P.M.L. 2007). Since that time, 376 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Cynthia M. Rufe.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Rufe.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 16, 2007, and, with the consent of that court, assigned to the Honorable Cynthia M. Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Feb 19, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                              MDL No. 1871

## SCHEDULE CTO-32 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS EASTERN** | |
| ARE  2  08-215 | Edna Steward v. GlaxoSmithKline |
| **CALIFORNIA NORTHERN** | |
| CAN  3  08-5658 | Janice Rosales, etc. v. SmithKline Beecham Corp., et al. |
| **ILLINOIS SOUTHERN** | |
| ILS  3  08-900 | Robert Guetterman v. SmithKline Beecham Corp. |
| **KENTUCKY WESTERN** | |
| KYW  3  08-597 | Laura Bissmeyer, etc. v. SmithKline Beecham Corp. |
| **NEW YORK SOUTHERN** | |
| NYS  1  08-10964 | Carlos Rodriguez v. SmithKline Beecham Corp., et al. |
| NYS  1  08-10965 | Callie Adams v. SmithKline Beecham Corp., et al. |
| **TEXAS SOUTHERN** | |
| TXS  4  08-3571 | Dessie Ruth Schoonover v. SmithKline Beecham Corp. |